# EXHIBIT

# 1

# MULTIEMPLOYER WELFARE, PENSION AND ANNUITY FUNDS

## PARTICIPATION AGREEMENT

REC'D MAY 30 1996

Commencing as of the **1** day of **April**, 19 **96**, the undersigned Employer herewith agrees to make contributions and payment to the Iron Workers St. Louis District Council Welfare Trust and Plan, to the Iron Workers St. Louis District Council Pension Trust and Plan and to the Iron Workers St. Louis District Council Annuity Trust and Plan for each Iron Worker employee of Employer in the amount and in conformance with the terms and provisions of the respective current collective bargaining agreement of the Iron Workers Local Union within whose territorial jurisdiction work is being performed.

The Employer agrees to contribute, and pay the effective rate of contributions for each hour for which each such employee is paid, to the Iron Workers St. Louis District Council Welfare Trust and Plan, the Iron Workers St. Louis District Council Pension Trust and Plan and the Iron Workers St. Louis District Council Annuity Trust and Plan, together with the monthly reporting form therefor mailed addressed to 2160 South Foster Avenue, Wheeling, Illinois 60090.

The undersigned Employer also agrees to be bound as an Employer to and by all of the terms and provisions of:

(a) The Agreement and Declaration of Trust, as restated December 22, 1975 and all Amendments thereto, of the IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE TRUST and PLAN; and

(b) The Agreement and Declaration of Trust, as restated December 22, 1975 and all Amendments thereto, of the IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST and PLAN; and

(c) The Agreement and Declaration of Trust of July 28, 1982 of the IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST FUND and PLAN.

with the same force and effect as though the undersigned had originally signed each of said Agreements and Declarations of Trust, and hereby authorizes the Employer Trustees named in those Agreements to act for and on behalf of the undersigned.

This Agreement shall remain in full force and effect until receipt of at least sixty (60) days' prior written notice of termination by one party to the other.

Dated: **4-1-96**

Employer Company Name: **Tron Mechanical, Inc.**

Signed and consented to:
Iron Workers Local Union No. **103**

By **/s/ Russell D. Bonfu** — Authorized Signature/Title — **Incorporated**

By **William P. Garrett** (Authorized Representative)

By _____ Authorized Signature/Title — Proprietorship or Partnership

#4240

Street or P.O. Address: **338 W. 2nd    P.O. Box 691**

City: **Mt. Vernon**  State: **IN**  Zip Code: **47620**

Telephone: ( **812** ) **838-4715**   Fax: ( **812** ) **838-1461**

Fed. I.D. No. **3 5 1 1 4 6 9 8 1 1 2**