UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST, IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE PLAN, IRON WORKERS LOCAL NO. 103 OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL, AND REINFORCING IRON WORKERS, <br><br>Plaintiffs, <br><br>v. <br><br>TRON MECHANICAL, LLC d/b/a TMI FABRICATORS, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 3:25-cv-00245-RLY-CSW ) ) ) ) ) ) |

**Order On Motion To Appear Pro Hac Vice**

This cause has come before the Court upon the Motion of Sean K. McMahan, counsel for Defendants Tron Mechanical, LLC d/b/a TMI Fabricators for leave to appear and participate pro hac vice in the above-captioned cause only. (Dkt. 9).

The Court, being fully advised, now **GRANTS** said Motion. Applicant's contact information should be entered as follows:

Sean K. McMahan
Morgan, Lewis & Bockius LLP
1717 Main St., Suite 3200 Dallas, TX 75201
214-466-4000
214-466-4001 (Fax)
sean.mcmahan@morganlewis.com

**SO ORDERED.**

Date: December 9, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record

Case 3:25-cv-00245-RLY-CSW    Document 10    Filed 12/09/25    Page 2 of 2 PageID #: 48